IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS and GEORGE WILLIS,

    Plaintiffs,

vs.                                                        Civ. No. 13-280 KG/KBM

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY, BOB
SMITH, KATHY BROWN, DANIEL ULIBARRI, and
BERKSHIRE HATHAWAY, INC.,

    Defendants.

## ORDER

On August 16, 2013, Defendants Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, and GEICO Casualty Company filed DEFENDANTS GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY'S MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION TO REMAND (Doc. No. 40) (Motion for Leave to File Response). The Court notes that Plaintiffs have since voluntarily dismissed without prejudice their claims against Defendants GEICO Indemnity Company and GEICO Casualty Company. *See* NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY (Doc. No. 47), filed Sept. 9, 2013. The Motion for Leave to File Response is, therefore, moot as to those dismissed Defendants.

The remaining movants seek leave to file a response to PLAINTIFFS' AMENDED MOTION FOR REMAND TO STATE COURT AND MEMORANDUM IN SUPPORT (Doc.

No. 10) (Amended Motion for Remand), filed April 2, 2013.  *See*  DEFENDANTS GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION TO REMAND, Ex. A (Doc. No. 40-1).  Although Plaintiffs do not agree with the factual recitations in the Motion for Leave to File Response, Plaintiffs "are unopposed to the requested relief."  Motion for Leave to File Response at 5.  Because Plaintiffs are not opposed to Defendants Government Employees Insurance Company and GEICO General Insurance Company filing a response to the Amended Motion for Remand, the Court will permit Defendants Government Employees Insurance Company and GEICO General Insurance Company to file a response to the Amended Motion for Remand by September 30, 2013.

  IT IS ORDERED that:

  1.  DEFENDANTS GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY'S MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION TO REMAND (Doc. No. 40) is denied as moot as to Defendants GEICO Indemnity Company and GEICO Casualty Company;

  2.  DEFENDANTS GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY'S MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION TO REMAND (Doc. No. 40) is granted as to Defendants Government Employees Insurance Company and GEICO General Insurance Company; and

3.  Defendants Government Employees Insurance Company and GEICO General Insurance Company have until September 30, 2013 to file a response to PLAINTIFFS' AMENDED MOTION FOR REMAND TO STATE COURT AND MEMORANDUM IN SUPPORT (Doc. No. 10).

_____
UNITED STATES DISTRICT JUDGE