UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS and
GEORGE WILLIS,

    Plaintiffs,

vs.                                      No. 1:13-CV-00280-KG-KK

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY,
GEICO INDEMNITY COMPANY,
GEICO CASUALTY COMPANY, BOB SMITH, KATHY BROWN,
DANIEL ULIBARRI and BERKSHIRE HATHAWAY INC.,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**UNDERINSURED MOTORIST COVERAGE BENEFITS CLAIMS**

THIS MATTER having come before the Court on the Joint Motion of Plaintiffs George Willis and Diana Willis and Defendant GEICO General Insurance Company to dismiss with prejudice Plaintiffs' claims for underinsured motorist benefits, and the Court being otherwise fully advised in the premises finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims for underinsured motorist benefits be and hereby are dismissed with prejudice. This Order does not dismiss any claims for an award of reasonable attorney fees and costs pursuant to NMSA 1978, §39-2-1, or any claims for interest, fees, costs, damages because of any allegations of delayed payments. All extra-contractual claims are not affected by this dismissal and remain to be decided.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Daniel W. Lewis*
Daniel W. Lewis
Allen, Shepherd, Lewis & Syra, PA
P.O. Box 94750
Albuquerque, NM 87199-4750
*Attorneys for Defendant GEICO General Insurance Company as to the Underinsured Motorist Claims*


Approved:

Approved via email 10/28/15
Geoffrey R. Romero
Law Offices of Geoffrey R. Romero
4801 All Saints Road NW # A
Albuquerque, NM 87120-3111
*Attorneys for Plaintiff*

Approved via email 10/28/15
Richard J. Valle
Carter & Valle Law Firm
8012 Pennsylvania Circle NE
Albuquerque, NM  87110
*Attorneys for Plaintiff*


Approved via email 10/28/15
Ray M. Vargas
The Vargas Law Firm, LLC
807 Silver Ave. SW
Albuquerque, NM  87102
*Attorneys for Plaintiff*

Approved via email 10/28/15
Bruce E. Thompson
Martinez, Hart & Thompson, P.C.
1801 Rio Grande Blvd. NW, #A
Albuquerque, NM  87104
*Attorneys for Plaintiff*

Approved as to form only:

<u>Approved via email 10/29/15</u>
Timothy L. Fields
Susan Bisong
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM  87103-2168
*Attorneys for Defendant Berkshire Hathaway, Inc.*

<u>Approved via email 10/28/15</u>
Donna L. Chapman
Chapman and Charlebois, PC
P.O. Box 92438
Albuquerque, NM 87199
*Attorneys for Defendant GEICO*

<u>Approved via email 10/28/15</u>
Meloney Perry
Perry Law P.C.
10440 N. Central Expressway, Suite 600
Dallas, NM  75231
*Attorneys for Defendant GEICO*