IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS, and GEORGE WILLIS,

        Plaintiffs,

v.                                No. 1:13-cv-00280-KG-KK

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY, GEICO
INDEMNITY COMPANY, GEICO CASUALTY COMPANY,
BOB SMITH, KATHY BROWN, DANIEL ULIBARRI, and
BERKSHIRE HATHAWAY, INC.,

        Defendants.

## NOTICE OF NEW DEADLINE FOR REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS GEICO GENERAL INSURANCE COMPANY AND GOVERNMENT EMPLOYEES INSURANCE COMPANY'S MOTIONS FOR PROTECTIVE ORDER [doc. 149]

      Pursuant to LR-CV 7.4, Defendants GEICO General Insurance Company and Government Employees Insurance Company hereby give Notice to the Court that the Plaintiffs have agreed to extend the time for Defendants to file their Reply to Plaintiffs' Response to Defendants Government Employees Insurance Company and GEICO General Insurance Company's Motion for Protective Order [doc. 149].

      The new deadline for Defendants to file their Reply to Plaintiffs' Responses to Defendants' Motion for Protective Order is Friday, December 11, 2015.

        Respectfully submitted,

        PERRY LAW, P.C.

By:   */s/ Meloney Perry*
      Meloney Perry
      10440 N. Central Expressway, Suite 600
      Dallas, TX  75231
      214-265-6201 – Telephone
      214-265-6226 – Facsimile
      mperry@mperrylaw.com

      -and-

      Donna L. Chapman
      CHAPMAN AND CHARLEBOIS, P.C.
      P.O. Box 92438
      Albuquerque, NM 87199
      505-242-6000 – Telephone
      505-213-0561 – Facsimile
      donna@cclawnm.com

*Attorneys for Defendants GEICO General Insurance Company and Government Employees Insurance Company as to the Extra-Contractual claims*

**APPROVED:**

*Approved in person 11/19/2015*
Richard Valle
Carter & Valle Law Firm, P.C.
8012 Pennsylvania Circle, NE
Albuquerque, New Mexico 87110

Geoffrey R. Romero
Law Offices of Geoffrey R. Romero
4801 All Saints Road NW #A
Albuquerque, New Mexico 87120

Ray M. Vargas, II
The Vargas Law Firm, LLC
807 Silver Avenue SW
Albuquerque, New Mexico 87102

Bruce Thompson
Martinez, Hart & Thompson
1801 Rio Grande NW
Albuquerque, New Mexico 87104

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record on the 20th day of November, 2015 in accordance with the Federal Rules of Civil Procedure:

Richard Valle
Andrea D. Harris
Crisostoir O'Cleireachain
Carter & Valle Law Firm, P.C.
8012 Pennsylvania Circle, NE
Albuquerque, New Mexico 87110

Geoffrey R. Romero
Law Offices of Geoffrey R. Romero
4801 All Saints Road NW #A
Albuquerque, New Mexico 87120

Ray M. Vargas, II
The Vargas Law Firm, LLC
807 Silver Avenue SW
Albuquerque, New Mexico 87102

Bruce Thompson
Martinez, Hart & Thompson
1801 Rio Grande NW
Albuquerque, New Mexico 87104

Tim Fields
Susan Miller Bisong
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103


                                                */s/ Meloney Perry*
                                                Meloney Perry