IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS and
GEORGE WILLIS,

    Plaintiffs,

vs.                                                Civ. No. 13-280 KG/KK

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY,
BOB SMITH, KATHY BROWN,
DANIEL ULIBARRI, and BERKSHIRE HATHAWAY, INC.,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

This matter comes before the Court upon its Order to Show Cause filed on January 12, 2016. (Doc. 162). The Court ordered "that within twenty days of the entry of this Order to Show Cause Plaintiffs must perfect service of process on Bob Smith, or show good cause why service has not been perfected on Bob Smith and why this cause should not be dismissed without prejudice." *Id.* at 2. Plaintiffs have complied with the Order to Show Cause by serving process on Bob Smith on January 15, 2016. (Doc. 163). Consequently, the Court quashes the Order to Show Cause.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE