IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS and
GEORGE WILLIS,

    Plaintiffs,

vs.                                           Civ. No. 13-280 KG/KK

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY,
BOB SMITH, KATHY BROWN,
DANIEL ULIBARRI, and BERKSHIRE HATHAWAY, INC.,

    Defendants.

<u>ORDER DISMISSING CLAIMS AGAINST
DEFENDANT GOVERNMENT EMPLOYEES INSURANCE COMPANY</u>

    Having granted Defendant Government Employees Insurance Company's Motion to Dismiss (Doc. 35) by a Memorandum Opinion and Order entered contemporaneously with this Order Dismissing Claims Against Defendant Government Employees Insurance Company,

    IT IS ORDERED that

    1. all of Plaintiffs' claims against Defendant Government Employees Insurance Company are dismissed without prejudice; and

    2. Defendant Government Employees Insurance Company is terminated as a party to this lawsuit.

                                                _____
                                                UNITED STATES DISTRICT JUDGE