UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS and
GEORGE WILLIS,

    Plaintiffs,

vs.        No. 1:13-CV-00280-KG-KK

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY,
GEICO INDEMNITY COMPANY,
GEICO CASUALTY COMPANY, BOB SMITH, KATHY BROWN,
DANIEL ULIBARRI and BERKSHIRE HATHAWAY INC.,

    Defendants.

## ORDER GRANTING BERKSHIRE HATHAWAY INC.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RE-FILE ITS MOTION TO DISMISS

THIS MATTER comes before the Court upon Defendant Berkshire Hathaway Inc.'s Unopposed Motion for Extension of Time to Re-File its Motion to Dismiss filed on March 24, 2016. The Court, having reviewed the unopposed motion and being otherwise fully advised, FINDS the motion is well-taken and it is hereby GRANTED.

The deadline for Berkshire Hathaway to re-file its Motion to Dismiss is now extended to **May 7, 2016**.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
By: /s/ Tim L. Fields
Timothy L. Fields
Susan Miller Bisong
Alana M. De Young
Post Office Box 2168
Albuquerque, New Mexico  87103-2168
Telephone: 505.848.1800
*Attorneys for Berkshire Hathaway*

**Agreed to by:**

*Approved by e-mail 3/22/2016*

| | |
|---|---|
| Richard J. Valle | Ray M. Vargas, II |
| Andrea D. Harris | THE VARGAS LAW FIRM, LLC |
| Criostoir O'Cleireachain | 807 Silver Ave. SW |
| CARTER & VALLE LAW FIRM, P.C. | Albuquerque, NM  87102 |
| 8012 Pennsylvania Circle NE | Telephone:  505.242.1670 |
| Albuquerque, NM  87110 | |
| Telephone : 505.888.4357 | Bruce E. Thompson |
| | MARTINEZ HART & THOMPSON, P.C. |
| Geoffrey R. Romero | 1801 Rio Grande NW |
| LAW OFFICES OF GEOFFREY R. ROMERO | Albuquerque, NM  87104 |
| | Telephone: 505.343-1776 |
| 4801 All Saints Road NW | |
| Albuquerque, NM  87120 | |
| Telephone:  505.247-3338 | |

*Attorneys for Plaintiffs*

*Approved by email 3/22/2016*

| | |
|---|---|
| Donna L. Chapman | Meloney Perry |
| Amy Headrick | PERRY LAW P.C. |
| CHAPMAN AND CHARLEBOIS, P.C. | 10440 N. Central Expy., Suite 1120 |
| P.O. Box 25286 | Dallas, TX 75231 |
| Albuquerque, NM 87125 | Telephone:  (214) 265-6224 Direct |
| Telephone: (505) 242-6000 | |

*Attorneys for Defendants GEICO & Bob Smith*
and
*Approved by telephone 3/24/2016*
Ripley B. Hardwood
1700 Louisiana Blvd., NE Suite 240
Albuquerque, NM 87110
Telephone: (505) 299-6314
*Attorney for Defendant Kathy Brown*