IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS and GEORGE WILLIS,

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　　　　Civ. No. 13-280 KG/KK

GEICO GENERAL INSURANCE COMPANY,
BOB SMITH, KATHY BROWN, DANIEL
ULIBARRI, and BERKSHIRE HATHAWAY, INC.,

    Defendants.

## ORDER GRANTING LEAVE TO FILE AMENDED ANSWER

This matter comes before the Court upon Defendant GEICO General Insurance Company's Motion for Leave to Amend Answer (Motion), filed under seal, on March 11, 2016. (Doc. 192). Although Plaintiffs initially contested the Motion, Plaintiffs did not respond to the Motion. *Id.* at 2; Notice of Completed Briefing (Doc. 209), filed March 30, 2016. Having reviewed the Motion and noting that failure to file a response in opposition to a motion "constitutes consent to grant the motion," *see* D.N.M. LR-Cv 7.1(b),

    IT IS ORDERED that

    1. Defendant GEICO General Insurance Company's Motion for Leave to Amend Answer (Doc. 192) is granted; and

    2. Defendant GEICO General Insurance Company must file its proposed amended answer no later than April 11, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE