UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS and
GEORGE WILLIS,

    Plaintiffs,

v.                                                                                          No. 1:13-CV-00280-KG-KK

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY,
GEICO INDEMNITY COMPANY,
GEICO CASUALTY COMPANY, BOB SMITH, KATHY BROWN,
DANIEL ULIBARRI and BERKSHIRE HATHAWAY INC.,

    Defendants.

## ORDER GRANTING BERKSHIRE HATHAWAY INC.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RE-FILE ITS MOTION TO DISMISS

THIS MATTER comes before the Court upon Defendant Berkshire Hathaway, Inc.'s Unopposed Motion for Extension of Time to Re-File its Motion to Dismiss filed on May 6, 2016. The Court, having reviewed the unopposed motion and being otherwise fully advised, FINDS the motion is well-taken and it is hereby GRANTED.

The deadline for Berkshire Hathaway to re-file its Motion to Dismiss is now extended to **May 13, 2016.**

IT IS SO ORDERED.

                                                                   UNITED STATES DISTRICT JUDGE

**Submitted by:**

MODRALL, SPERLING, ROEHL, HARRIS
 & SISK, P.A.

By: */s/ Tim L. Fields*
Timothy L. Fields
Susan Miller Bisong
Alana M. De Young

1

Post Office Box 2168
Albuquerque, New Mexico  87103-2168
Telephone: 505.848.1800
*Attorneys for Berkshire Hathaway*

**Agreed to by:**

*Approved by telephone 5/6/2016*
Richard J. Valle
Andrea D. Harris
Criostoir O'Cleireachain
CARTER & VALLE LAW FIRM, P.C.
8012 Pennsylvania Circle NE
Albuquerque, NM  87110
Telephone :  505.888.4357

Geoffrey R. Romero
LAW OFFICES OF GEOFFREY R. ROMERO
4801 All Saints Road NW
Albuquerque, NM  87120
Telephone:  505.247-3338

Ray M. Vargas, II
THE VARGAS LAW FIRM, LLC
807 Silver Ave. SW
Albuquerque, NM  87102
Telephone:  505.242.1670

Bruce E. Thompson
MARTINEZ HART & THOMPSON, P.C.
1801 Rio Grande NW
Albuquerque, NM  87104
Telephone:  505.343-1776

*Attorneys for Plaintiffs*

*Approved via email 5/6/2016*
Donna L. Chapman
Amy Headrick
CHAPMAN AND CHARLEBOIS, P.C.
P.O. Box 25286
Albuquerque, NM 87125
Telephone: (505) 242-6000

Meloney Perry
PERRY LAW P.C.
10440 N. Central Expy., Suite 1120
Dallas, TX 75231
Telephone:  (214) 265-6224 Direct

*Attorneys for Defendants GEICO & Bob Smith*

and
*Approved via email 4/6/2016*
Ripley B. Hardwood
1700 Louisiana Blvd., NE Suite 240
Albuquerque, NM 87110
Telephone: (505) 299-6314

*Attorney for Defendant Kathy Brown*