UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA WILLIS and
GEORGE WILLIS,

    Plaintiffs,

v.                                                                                    No. 1:13-CV-00280-KG-KK

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY,
GEICO INDEMNITY COMPANY,
GEICO CASUALTY COMPANY, BOB SMITH, KATHY BROWN,
DANIEL ULIBARRI and BERKSHIRE HATHAWAY INC.,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR ORDER ON MOTION TO DISMISS BERKSHIRE HATHAWAY FOR LACK OF PERSONAL JURISDICTION

THIS MATTER comes before the Court upon the Joint Motion For Order Granting Motion To Dismiss Berkshire Hathaway For Lack of Personal Jurisdiction, filed on June 17, 2016. The Court, having reviewed the joint motion and being otherwise fully advised, FINDS the motion is well-taken and it is hereby GRANTED in full. Accordingly, Berkshire Hathaway's Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED, and any and all of Plaintiffs' claims which were or could have been asserted against Berkshire Hathaway in their entirety in the above-captioned case are DISMISSED with prejudice for lack of personal jurisdiction. Plaintiffs and Berkshire Hathaway will bear its own costs and attorneys' fees.  The Trial Court will rule at a later date on the admissibility of the 30(b)(6) deposition of Berkshire Hathaway and its attachments (and upon notice to Berkshire Hathaway with an opportunity to be heard before such ruling(s) and/or Order(s)).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

MODRALL, SPERLING, ROEHL, HARRIS
 & SISK, P.A.

By: */s/ Tim L. Fields*
Timothy L. Fields
Susan Miller Bisong
Alana M. De Young
Post Office Box 2168
Albuquerque, New Mexico  87103-2168
Telephone: 505.848.1800
*Attorneys for Berkshire Hathaway*

**Agreed to by:**

*Approved via email 6/17/2016*
Richard J. Valle
Andrea D. Harris
Criostoir O'Cleireachain
CARTER & VALLE LAW FIRM, P.C.
8012 Pennsylvania Circle NE
Albuquerque, NM  87110
Telephone :  505.888.4357

Geoffrey R. Romero
LAW OFFICES OF GEOFFREY R. ROMERO
4801 All Saints Road NW
Albuquerque, NM  87120

Ray M. Vargas, II
THE VARGAS LAW FIRM, LLC
807 Silver Ave. SW
Albuquerque, NM  87102

Bruce E. Thompson

MARTINEZ HART & THOMPSON, P.C.
1801 Rio Grande NW
Albuquerque, NM  87104

*Attorneys for Plaintiff*

*Previously approved*
Donna L. Chapman
Amy Headrick
CHAPMAN AND CHARLEBOIS, P.C.
P.O. Box 25286
Albuquerque, NM 87125

Meloney Perry
PERRY LAW P.C.
10440 N. Central Expy., Suite 1120
Dallas, TX 75231

*Attorneys for Defendants GEICO & Bob Smith*


*Approved via telephone 6/17/2016*
Ripley B. Hardwood
1700 Louisiana Blvd., NE Suite 240
Albuquerque, NM 87110
Telephone: (505) 299-6314

*Attorney for Defendant Kathy Brown*

W2732883.DOCX